UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 18-01108
Stuart A. Reace and Chrystalle N. Reace )  (Jointly Administered)
 )  Chapter: 13
 )  Honorable Carol Doyle
 )
 )
Debtor(s) )

### Order Authorizing Sale of Real Estate

This Matter Coming before the Court on Debtors' Motion to Authorize Sale of Real Estate, the Court being advised in the premises, IT IS HEREBY ORDERED:

1. Debtors are authorized to sell real estate situated at 5006 N. Western Ave, Unit 1, Chicago, IL 60625.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: February 20, 2018

**Prepared by:**

Enter Prepared By information here.

This box will expand vertically to fit entered text.
Tab out of box to see expansion.